to be approved by a justice of this court both as to the form and sufficiency thereof, in the sum of $500, to indemnify defendant against any damage which she may sustain by reason of being so enjoined. The order denying a motion for a reargument is affirmed, without costs to either party.

In re SNYDER'S WILL. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) In the matter of the probate of the alleged last will and testament of Julius Snyder, deceased. No opinion. Decree affirmed, with costs.

SOVINSKY v. STEINBERG et al. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Annie Sovinsky against Francis Steinberg and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1146.

SPINA v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by Antonio Spina, as administrator, etc., of Charles Spina, deceased, against the City of New York. No opinion. Motion for a new trial, on exceptions to be heard by the Appellate Division, denied, and judgment unanimously directed, dismissing plaintiff's complaint, with costs.

SPRINGS et al. v. CORKER. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Richard A. Springs and others against Palmer L. Corker. No opinion. Application denied, with $10 costs. Order signed.

STACKHOUSE, Respondent, v. FROMSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Action by Ozwald C. Stackhouse against Joseph Fromson and another. No opinion. Order of the County Court of Kings County reversed as to the defendants appellants, with $10 costs and disbursements, upon the authority of Matter of Salant, 158 App. Div. 697, 143 N. Y. Supp. 870.

STAFFORD v. WASHBURN et al. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Edward Stafford against Mary R. Washburn and others. H. A. Content, of New York City, for appellant. E. E. Wheeler, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 App. Div. 784, 130 N. Y. Supp. 571.

STANKINA v. RAPP et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by John Stankina against Pauline S. Rapp and others. J. C.

Robinson, of New York City, for appellant. W. D. Reed, of New York City, for respondents. PER CURIAM. Judgment affirmed, with costs. Order filed. LAUGHLIN, J., dissents.

STANTON, Respondent, v. MEYERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Charles H. Stanton against George C. Meyers. No opinion. Interlocutory judgment affirmed, with costs.

STARK v. ATLANTIC, GULF & PACIFIC CO. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Norman Stark against the Atlantic, Gulf & Pacific Company. No opinion. Motion denied. See, also, 143 N. Y. Supp. 1144.

STEEL v. HOLTZER. (Supreme Court, Appellate Term, First Department. December 30, 1913.) Appeal from Municipal Court, Borough of Manhattan, First District. Summary proceedings by Sam W. Steel, landlord, against Max Holtzer, tenant, for possession of leased premises for failure of the tenant to pay rent. From a judgment for the landlord, the tenant appeals. Dismissed. See 144 N. Y. Supp. 643. Samuel D. Lasky, of New York City, for appellant. House, Grossman & Vorhaus, of New York City, for respondent.
BIJUR, J. This is a proceeding based on the tenant's default to pay the rent for August, 1913. An appeal from a corresponding order issued for failure of the tenant to pay the July rent, appearing on the November calendar of this court as No. 56 of appeals from judgments of the Municipal Court, has been dismissed for the reasons and upon the terms stated in the per curiam opinion of this court on that appeal. 144 N. Y. Supp. 643. This appeal is dismissed for like reasons and upon the same terms. Appeal dismissed, without costs. All concur.

STEIN et al. v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Benjamin Stein and others against the Lehigh Valley Railroad Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 83 Misc. Rep. 90, 144 N. Y. Supp. 577.

STOREY, Appellant, v. RILEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by George K. Storey, individually and as administrator, etc., of William A. Storey, late of the town of Kingsbury, Washington county, N. Y., deceased, against Emma S. Riley and another. No opinion. Judgment unanimously affirmed, with costs.

STRITZEL, Respondent, v. ROSENBAUER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by Rachel Stritzel against